LLOYD HENNINGSEN AND IRA AYERS v. TOWNSHIP OF RAN-
DOLPH AND ZONING BOARD OF ADJUSTMENT OF THE
TOWNSHIP OF RANDOLPH AND RANDOLPH EQUITIES, A
PARTNERSHIP.

June 3, 1987.

Petition for certification is granted; and it is further

ORDERED that the judgment of the Appellate Division, re-
ported at 214 *N.J.Super.* 82 (1986), is summarily reversed, and
the appeals are remanded to the Appellate Division for reconsid-
eration in light of *Medici v. BPR Company,* 107 *N.J.* 1.

Jurisdiction is not retained.

STATE OF NEW JERSEY v. DELPHINE GREENE.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY IRVING.

June 9, 1987.

Petition for certification granted.